IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLAS GRAY, Plaintiff | ) |
| vs. | ) C.A. NO. 4:08-CV-3369 |
| PASHA ENTERTAINMENT GROUP AND MICHAEL WARREN POWERS, Defendants. | ) |

ORAL DEPOSITION

NICHOLAS GRAY

JULY 28, 2009

ORAL DEPOSITION OF NICHOLAS GRAY, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on JULY 28, 2009, from 9:36 a.m. to 12:27 p.m., before Janice McKinney, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Debes Law Firm, 17 South Briar Hollow Lane, Suite 302, Houston, Texas 77027-3158, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**Exhibit 1**

09:44 Q. And where is that?
A. It was on Egret Bay Boulevard and NASA Parkway.
Q. So that's kind of like the Clear Lake area?
09:44 A. Yes.
Q. And what duties did you perform for that bar?
A. Security, barback.
Q. How long did you stay working there?
A. About a year.
09:45 Q. What calendar year in time are we, if you know?
A. 2000.
Q. All right. Have you begun your studies at University of Houston yet?
09:45 A. No.
Q. Okay. What was your next job after this particular bar you just mentioned?
A. Meteor.
Q. Can you spell that?
09:45 A. M-E-T-E-O-R.
Q. And where -- excuse me -- where is that?
A. It was in the Montrose midtown area.
Q. What duties did you perform for Meteor?
A. I was a bartender.
09:45 Q. Have you ever taken any classes, any kind of

09:45 formal training to become a bartender?
A. No.
Q. How have you acquired bartending skills?
A. I learned watching.
09:45 Q. On-the-job training?
A. Uh-huh. Yes, sir.
Q. Approximately in terms of months and years, how long did you acquire on-the-job training to become a bartender?
09:46 A. Can you -- I don't understand the question.
Q. Over how many years and/or months did you acquire on-the-job training to become capable as a bartender?
A. Three, four months.
09:46 Q. Okay. Where did you acquire your on-the-job training which taught you how to be a bartender?
A. Combination of Banana Joe's, Liquid Lounge, and Bronx Bar.
Q. What was your next job?
09:46 A. Seabrook Beach Club.
Q. And what did you do for Seabrook Beach Club?
A. Bartender.
Q. How long did you stay?
A. A year and a half.
09:47 Q. Why did you leave?

09:52 A. I did not.
Q. Did you work as a bartender at Pasha Lounge between the months of February 2007 through September 2007?
09:53 A. Yes, I did.
Q. And then later on did you work at Pasha Lounge as a general manager between the months of March 2008 and September 2008?
A. Yes, I did.
09:53 Q. When you began working as a bartender for Pasha Lounge in February of 2007, did Mr. Ritchey define your duties?
A. No.
Q. Who did define what your duties would be?
09:53 A. I don't understand the question.
Q. Did you consider yourself to have a boss at Pasha Lounge when you showed up to work there between the months of February 2007 through September of 2007?
A. Yes.
09:54 Q. Who was that boss?
A. Julian Ritchey.
Q. Okay. In his capacity as a boss, did he define what your duties were?
A. Yes.
09:54 Q. What did Mr. Ritchey define your duties to be?