**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NICHOLAS GRAY, *et al.*, | ] | |
| *Plaintiff*, | ] | |
| v. | ] | **C. A. NO. 4:08-cv-3369** |
| PASHA ENTERTAINMENT GROUP, LLC and MICHAEL WARREN POWERS, | ] | |
| *Defendants*. | ] | |

**DECLARATION OF CHRISTI FISHER**

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. "My name is Christi Fisher. I am over the age of twenty-one (21) and am fully qualified to make this Declaration.

2. I used to work for Pasha Entertainment Group, LLC (Pasha) at Pashaa Ultra Lounge (the Bar) as a bartender. I worked for Pasha at the Bar from approximately March 15, 2007 until approximately September 1, 2008.

3. Pasha did not pay me any wages at all as a bartender. I worked only for tips I earned from the Bar's customers. As customers purchased drinks/beverages, all of the monies from these sales were put into the Bar's registers and went directly to the Bar. I did not receive any share of these proceeds.

**Exhibit 4**

4. Pasha did not keep records of the hours I worked as a bartender. However, based on my memory of my general work schedule, I can estimate the number of hour that I worked with reasonable accuracy.

5. My normal shift was from 9:00 p.m. to approximately 3:30 or 4:00 a.m., three days a week. I did this for approximately seventy-five weeks during that period. The Bar was open for business from 10:00 p.m. until 2:00 a.m. I had to arrive before the Bar opened to generally make sure that that the Bar was ready for customers. I had to stay after the Bar closed to clean, make sure my cash register was correct and to generally close up the Bar. Therefore, I worked approximately nineteen-and-a-half hours per week over the seventy-five weeks.

6. I did not invest any of my money in Pasha's business. I did not share in the profits or losses of Pasha's business. I could only work as a bartender at the Bar when the Bar was open for business. I did not have anything to do with setting the Bar's hours of operation. I did not own any of the equipment, glasses, fixtures or alcohol inventory at the Bar.

7. Other than applying for jobs, I did not do any work or invest any money to promote or advertise my bartending services to bars, nightclubs, restaurants or others businesses serving alcohol to the public. I did not do any work or invest any money to promote or advertise my bartending services to the public. I did not do any work or invest any money to promote or advertise the Bar to the public. Pasha set the drink prices, cover charge prices and drink comp policies. I had no say in those matters.

8. My understanding was that Michael Warren Powers (Powers) was one of my bosses. I knew him to be one of the owners of the Bar and always believed that I had to take direction from him if asked. Although Powers was not at the Bar on a daily basis, he occasionally came to the Bar while I was working. Powers also occasionally would direct my work (*e.g.*, direct me to

serve certain people) and comment on my work performance. I saw him direct the work of other employees at the Bar. When Powers was in the Bar he received 'VIP' treatment such as complimentary drinks for himself and for his guests.

9. At no time during the time I worked at the Bar was I told that I was considered an 'independent contractor' or that the Bar did not consider me to be their employee. Rather, I was told when to work and was provided with all of the tools, equipment, inventory, and customers necessary to perform my job responsibilities. In fact, Michael and Kathleen Powers wrote me a letter of recommendation back in August 2008 wherein I was referred to as Pasha's "loyal and dependable employee." A copy of the letter of recommendation is attached to this Declaration as Exhibit A.

10. I have read this declaration. Under penalty of perjury, I declare that all of the foregoing statements made in this declaration are true and correct."

Signed under penalty of perjury on 14 October, 2009.

Christi Fisher

Pasha Entertainment Group, llc
2010 McKinney
Houston, TX 77003

August 5, 2008

To Whom It May Concern:

This letter is to recommend Christi Fisher for employment with your company. Christi has been working for us for approximately one year. Her job is Assistant Manager and Lead Bartender. Her duties include hiring, training and evaluation of employees, inventory control and ordering and shift scheduling. Christi has been successful in this roll due to her excellent organizational skills and ability to work well with people. Christi is a loyal and dependable employee who would be an asset to any organization.

Sincerely

Kathleen Powers

tabbies®
EXHIBIT
A