**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NICHOLAS GRAY, *et al.*, | ] | |
| | ] | |
| *Plaintiff*, | ] | |
| | ] | |
| v. | ] | **C. A. NO. 4:08-cv-3369** |
| | ] | |
| PASHA ENTERTAINMENT GROUP, LLC and MICHAEL WARREN POWERS, | ] | |
| | ] | |
| *Defendants*. | ] | |

**DECLARATION OF JESSICA NICHOLS**

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. "My name is Jessica Nichols. I am over the age of twenty-one (21) and am fully qualified to make this Declaration.

2. I used to work for Pasha Entertainment Group, LLC (Pasha) at Pashaa Ultra Lounge (the Bar) as a bartender. I worked for Pasha at the Bar from approximately April 17, 2008 until approximately July 26, 2008.

3. Pasha did not pay me any wages at all as a bartender. I worked only for tips I earned from the Bar's customers. As customers purchased drinks/beverages, all of the monies from these sales were put into the Bar's registers and went directly to the Bar. I did not receive any share of these proceeds.

**Exhibit 5**

4. Pasha did not keep records of the hours I worked as a bartender. However, based on my memory of my general work schedule, I can estimate the number of hour that I worked with reasonable accuracy.

5. My normal shift was from 9:00 p.m. to approximately 2:00 a.m. every Thursday. I would also occasionally pick up a similar shift on a Friday or Saturday as needed. I did this for approximately fourteen weeks during that period. The Bar was open for business from 10:00 p.m. until 2:00 a.m. I had to arrive before the Bar opened to generally make sure that that the Bar was ready for customers. Therefore, I worked approximately seven-and-a-half hours per week over the fourteen weeks.

6. I did not invest any of my money in Pasha's business. I did not share in the profits or losses of Pasha's business. I could only work as a bartender at the Bar when the Bar was open for business. I did not have anything to do with setting the Bar's hours of operation. I did not own any of the equipment, glasses, fixtures or alcohol inventory at the Bar. Pasha set the drink prices, cover charge prices and drink comp policies. I had no say in those matters.

7. Other than applying for jobs, I did not do any work or invest any money to promote or advertise my bartending services to bars, nightclubs, restaurants or others businesses serving alcohol to the public. I did not do any work or invest any money to promote or advertise my bartending services to the public. I did not do any work or invest any money to promote or advertise the Bar to the public.

8. My understanding was that Michael Warren Powers (Powers) was one of my bosses. I knew him to be one of the owners of the Bar and always believed that I had to take direction from him if asked. Although Powers was not at the Bar on a daily basis, he occasionally came to the Bar while I was working.

9. At no time during the time I worked at the Bar was I told that I was considered an 'independent contractor' or that the Bar did not consider me to be their employee. Rather, I was told when to work and was provided with all of the tools, equipment, inventory, and customers necessary to perform my job responsibilities.

10. I have read this declaration. Under penalty of perjury, I declare that all of the foregoing statements made in this declaration are true and correct."

Signed under penalty of perjury on October 13, 2009.

Jessica Nichols