IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLAS GRAY,<br>Plaintiff | )<br>)<br>) |
| vs. | ) C.A. NO. 4:08-CV-3369<br>) |
| PASHA ENTERTAINMENT GROUP<br>and MICHAEL WARREN POWERS,<br>Defendants | )<br>)<br>)<br>) |

**DECLARATION OF KATHLEEN POWERS**

Pursuant to 28 U.S.C., Section 1746, the undersigned declares as follows;

"My name is KATHLEEN POWERS. I am over years of age, of sound mind, and am fully competent to testify. I have never been convicted of a felony or any crime of moral turpitude. I have personal knowledge of all matters stated herein, all of which are true and correct.

Attached to this Declaration as Exhibit #1 is a true and correct copy of an e-mail chain of communication between and among myself, CHRISTI FISHER and Stephen Powers beginning on July 29, 2008 and ending on August 5, 2008. CHRISTI FISHER had asked Stephen Powers and I to write her a recommendation letter, which I did, a true and correct copy of which is attached to this declaration as Exhibit #2. MICHAEL WARREN POWERS did not participate in the writing of a recommendation letter for CHRISTI FISHER or the communications leading up to the letter.

I have read this Declaration. Under penalty of perjury, I declare that all of the foregoing statements made in this declaration are true and correct.

Signed under penalty of perjury on November 13, 2009.

_____
KATHLEEN POWERS

1


DEFENDANT'S EXHIBIT A

--- On **Tue, 8/5/08, Kathleen Powers <kdpowers40@yahoo.com>** wrote:

From: Kathleen Powers <kdpowers40@yahoo.com>
Subject: Fwd: letter of recommnedation
To: christi-lynn-@hotmail.com
Date: Tuesday, August 5, 2008, 7:45 AM

Hi Christi -
It was great meeting you the other night. Here is your letter. I hope this works for you (I wasn't sure how long you have been here so I put a year). I did this on the club's computer so if we need to change it, Stephen can do it this weekend.

If you have any questions, you can call my cell 813-313-6480.

Good Luck
Kathleen

--- On **Tue, 7/29/08, Stephen Powers <spowers@gulfcoastip.com>** wrote:

From: Stephen Powers <spowers@gulfcoastip.com>
Subject: Fwd: letter of recommnedation
To: "Kathleen Powers" <kdpowers40@yahoo.com>
Cc: "Stephen Powers" <spowers@gulfcoastip.com>
Date: Tuesday, July 29, 2008, 5:04 PM

Can you please write this and make a Pashaa Ent. Group letter head. Thanks.



EXHIBIT
KP #1

1

Begin forwarded message:

**From:** Christi Fisher <christi-lynn-@hotmail.com>
**Date:** July 29, 2008 4:52:33 PM EDT
**To:** <spowers@gulfcoastip.com>
**Subject: letter of recommnedation**

As an assistant manager, my function is to hire, evaluate performance in employees, inventory, ordering, and scheduling.
I would like it to say something to the extent that I am an asset in the company, provide great organizational skills, and make the company a more efficient and harmonious place to work :) You know, anything that will make me sound like the best employee ever! Thanks so much!
~Christi Fisher

---

Keep your kids safer online with Windows Live Family Safety. Help protect your kids.

Stephen Powers
Principal/Registered Practitioner
Gulf Coast Intellectual Property Group, LLC
5450 Bruce B. Downs #355
Wesley Chapel, FL 33544
www.gulfcoastip.com
214-764-9311

2

# PASHA ENTERTAINMENT GROUP, LLC
2010 McKinney
Houston, TX 77003

August 5, 2008

To Whom It May Concern:

This letter is to recommend Christi Fisher for employment with your company. Christi has been working for us for approximately one year. Her job is Assistant Manager and Lead Bartender. Her duties include hiring, training and evaluation of employees, inventory control and ordering and shift scheduling. Christi has been successful in this roll due to her excellent organizational skills and ability to work well with people. Christi is a loyal and dependable employee who would be an asset to any organization.

Sincerely

Kathleen Powers



EXHIBIT KP #2